UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-3-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| ROGER WATSON III | |

On motion of the Defendant, Roger Watson III, and for good cause shown, it is hereby ORDERED that **DE 45** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **14** day of ~~October~~ November, 2021.

_____
JAMES C. DEVER III
United States District Judge