UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Roger Watson III**                                                                    Docket No. 5:16-CR-3-1D

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roger Watson III, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 12, 2016, to the custody of the Bureau of Prisons for a term of 102 months. The court further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of three years.

Roger Watson III was released from custody on May 3, 2023, at which time the term of supervised release commenced.

On August 23, 2023, a Violation Report was submitted, and the court agreed to continue supervision with a recommendation for substance abuse counseling after the defendant tested positive for marijuana on August 10 and August 15, 2023.

On October 27, 2023, the conditions of supervised release were modified to include a curfew, with location monitoring, for 30 days after the defendant tested positive for marijuana in late September 2023, and the laboratory confirmed the positive test result. The defendant successfully completed the location monitoring program.

On January 17, 2024, a Violation Report was submitted to the court advising that the defendant was charged with Reckless Driving to Endanger for driving 81 mph in a 55-mph zone, as well as Location of TV in Vehicle in Wayne County, North Carolina. It was recommended the defendant participate in a driving school and supervision was permitted to continue. The defendant completed a driving school, and he was convicted of the lesser offense of Speeding.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Following the traffic stop in January 2024, the defendant incurred four convictions for Speeding in a one-year period, and he failed to pay the fine in one of those cases. As a result, the defendant's driver's license was suspended. The defendant was aware of the license suspension when he committed the offenses of Driving While License Revoked – Not Impaired Driving and Speeding (25CR36868) in Wake County, North Carolina on July 18, 2025. The probation officer provided the defendant with the balance due on his outstanding fine which could help in restoring his driving privileges. As a result of his noncompliance, it is recommended the defendant be placed on a curfew for a period of 30 days and abide by all program requirements, instructions, and procedures provided by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall abide by all program requirements, instructions and procedures provided by the supervising officer.

Roger Watson III
Docket No. 5:16-CR-3-1D
Petition for Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: August 14, 2025

## ORDER OF THE COURT

Considered and ordered this __14__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge